IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01334-RPM

KAY L. LAURIDSEN,

      Plaintiff,

v.

MILE HI CABLE PARTNERS, L.P.,

      Defendant.

---

## ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated:   September 23rd, 2009

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____

                             Richard P. Matsch, Senior District Judge