# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01334-RPM

KAY L. LAURIDSEN,

    Plaintiff,

v.

MILE HI CABLE PARTNERS, L.P.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

Upon consideration of the parties' Stipulation for Dismissal with Prejudice [16], it is

ORDERED that the above-captioned action and all claims asserted therein are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 18th day of March, 2010.

                BY THE COURT

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge